# Court of Appeals
# of the State of Georgia

ATLANTA,   September 21, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0246.  ANTHONY GRIER et al. v. BRUSHY CREEK ENTERPRISES, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Anthony and Michael Grier appealed to superior court.  On July 11, 2017, the superior court entered a writ of possession in favor of Brushy Creek Enterprises, LLC.  On July 21, 2017, the Griers filed a notice of appeal to this Court.  We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal."  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  The Griers' failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal.

Second, this appeal is untimely.  Pursuant to OCGA § 44-7-56, an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, the Griers' notice of appeal was filed ten days after entry of the superior court's order.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __09/21/2017__
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*